UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OMAR SHARRIEFF GAY,

    Plaintiff,

v.

AMY PARSONS, et al.,

    Defendants.

Case No. 16-cv-05998-CRB (RMI)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on August 28, 2018, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Omar Sharrieff Gay, Pro Se.

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Michael Quinn.

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1     ( X ) The parties are unable to reach an agreement at this time.

2     **IT IS SO ORDERED.**

3   Dated: 8/31/2018

ROBERT M. ILLMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SHARRIEFF GAY,<br>    Plaintiff,<br>v.<br>AMY PARSONS, et al.,<br>    Defendants. | Case No. 16-cv-05998-CRB (RMI)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Omar Sharrieff Gay ID: E-22575
California Mens' Colony - West II
San Luis Obispo, CA 93409

Dated: August 31, 2018

Susan Y. Soong
Clerk, United States District Court

By:_ *[signature]*
Gloria Knudson, Deputy Clerk to the
Honorable ROBERT M. ILLMAN