UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OMAR SHARRIEFF GAY, E22575,

      Plaintiff,

   v.

AMY PARSONS, et al.,

      Defendant(s).

Case No. 16-cv-05998-CRB  (PR)

**ORDER APPOINTING PRO BONO COUNSEL FOR PLAINTIFF**

Per order filed on September 7, 2018, the court referred plaintiff to the Federal Pro Bono Project (FPBP) to find a volunteer attorney to represent him.

FPBP has informed the court that Carolee Hoover and Alessandra Givens of the law firm of McGuire Woods, Two Embarcadero Center, Suite 1300, San Francisco, CA 94111-3821, have agreed to serve as appointed pro bono counsel for plaintiff in this action.  The court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Carolee Hoover and Alessandra Givens as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1), General Order No. 25 and the FPBP guidelines posted on the court's website.

The clerk shall update the docket to reflect plaintiff's newly-appointed counsel and set this matter for a case management conference within 120 days of this order.  All proceedings in this action are stayed until that time.

**IT IS SO ORDERED**.

Dated: September 18, 2018

_____

CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OMAR SHARRIEFF GAY,

      Plaintiff,

      v.

AMY PARSONS, et al.,

      Defendants.

Case No.  3:16-cv-05998-CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Omar Sharrieff Gay ID: E-22575
California Mens' Colony - West II
San Luis Obispo, CA 93409

Dated: September 18, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable CHARLES R. BREYER

United States District Court
Northern District of California

2