United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

OMAR SHARRIEFF GAY,
Plaintiff,

v.

AMY PARSONS, et al.,
Defendants.

Case No. 16-cv-05998-CRB (RMI)

**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANCUM**

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Omar Sharrieff Gay, CDCR No. E22575, presently in custody at California Men's Colony, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: December 28, 2018

ROBERT M. ILLMAN

TO: Warden, California Men's Colony

GREETINGS

WE COMMAND that you have and produce the body of Omar Sharrieff Gay, CDCR No. E22575, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco at 1:00 p.m. on February 19, 2019, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Gay v. Shaffer, et al, and at the

termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: December 28, 2018

SUSAN Y. SOONG
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated: December 28, 2018




ROBERT M. ILLMAN
United States Magi[strate Judge]

United States District Court
Northern District of California