AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| OMAR SHARRIEFF GAY, E22575 | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   3:16-cv-05998-CRB |
| AMY PARSONS, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Omar S. Gay (E22575)                                                                                                    .

Date:     05/23/2019                                      /s/ Neelam K. Takhar
                                                                          *Attorney's signature*

                                                              Neelam K. Takhar [SBN 309427]
                                                                      *Printed name and bar number*

                                                                        McGuireWoods LLP
                                                                      Two Embarcadero Center
                                                                            Suite 1300
                                                                  San Francisco, CA 94111-3821
                                                                             *Address*

                                                              ntakhar@mcguirewoods.com
                                                                        *E-mail address*

                                                                      (415) 844-9944
                                                                     *Telephone number*

                                                                      (415) 844-9922
                                                                        *FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2019, I electronically transmitted the foregoing document described as NOTICE OF APPEARACNE OF NEELAM K. TAKHAR FOR PLAINTIFF OMAR S. GAY with the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2019, at San Francisco, California.


         */s/ Neelam K. Takhar*
         Neelam K. Takhar