UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Omar Sharrieff Gay ,

Plaintiff,

v.

Amy Parsons, et al. ,

Defendant.

Case No. 3:16-cv-05998-CRB

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Omar Sharrieff Gay , the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Kevin B. Frankel & Shaneeda Jaffer, Benesch, Friedlander, Coplan & Aronoff LLP

Name(s) of counsel withdrawing from representation and firm name:

Carolee Hoover, Christine Mastromonaco, Ryan J. Frankel, Alexandra Farley, Christian Hochhausler, Neelam Takhar, McGuireWoods LLP

Date: September 12, 2025

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____    _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California